# UNITED STATES DISTRICT COURT
### District of Minnesota

Martin J. Walsh,

Plaintiff,

v.

US Care PCA Agency, Inc., Muna Osman,
Shombe Hassam,

Defendants.

**CLERK'S ENTRY OF DEFAULT**

Case Number:  22-cv-616 KMM/TNL

It appearing that defendants US Care PCA Agency, Inc., Muna Osman, and Shombe Hassam, are in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiffs, Martin J. Walsh,

DEFAULT IS HEREBY ENTERED against US Care PCA Agency, Inc., Muna Osman, and Shombe Hassam,

KATE M. FOGARTY, CLERK

Date: 9/15/2022