# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie A. Su, *Acting Secretary of Labor, United States Department of Labor*,<br><br>Plaintiff,<br><br>v.<br><br>US Care PCA Agency, Inc., Muna Osman, and Shombe Hassam,<br><br>Defendants. | Case No. 22-cv-616 (KMM/DJF)<br><br>**ORDER** |

This matter comes before the Court upon Magistrate Judge Dulce J. Foster's Report and Recommendation ("R&R") dated August 17, 2023, recommending that default judgment be entered against Defendants US Care PCA Agency, Inc., Muna Osman, and Shombe Hassam under Fed. R. Civ. P. 55. [ECF No. 59]. The factual background for the above-entitled matter is clearly and precisely set forth in the R&R and is not repeated here. No objections have been filed to that R&R, despite the passage of significant time since its issuance.

The Court reviews *de novo* any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b), and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)).

Judge Foster recommended an entry of default judgment against the Defendants in this matter. In doing so, she found that the Defendants failed to timely respond to Court orders and that default judgment was an appropriate sanction in light of the Defendants' demonstrated pattern of delay or disregard for Court orders. The Court reviewed Judge Foster's analysis and conclusions and finds no error, clear or otherwise.

Therefore: **IT IS HEREBY ORDERED** that Magistrate Judge Dulce J. Foster's August 17, 2023, Report and Recommendation [ECF. No. 59] is **ADOPTED**, and default judgment be entered against Defendants US Care PCA Agency, Inc., Muna Osman, and Shombe Hassam.

**Let Judgment be entered accordingly.**

Date: December 6, 2023

*s/Katherine Menendez*
Katherine Menendez
United States District Court